**Order entered April 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00124-CV

**ALPHA OMEGA CHL, INC., Appellant**

**V.**

**BRIAN P. MIN, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07799**

## ORDER

We **GRANT** the April 8, 2015 motion of Sharron Rankin, Official Court Reporter of the 160th Judicial District Court, for an extension of time to file the reporter's record. The reporter's record shall be filed by **APRIL 13, 2015**.

/s/    ELIZABETH LANG-MIERS
             JUSTICE